UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  10 CR 26 |
| v. | ) | Hon. Robert Gettleman |
| | ) | |
| ALEX CAMPBELL | ) | |

**GOVERNMENT'S RESPONSE TO THE PSR AND
SENTENCING MEMORANDUM**

Alex Campbell stands convicted of recruiting, exploiting, raping, punching, beating, whipping, extorting, slapping, defrauding, burning, degrading, starving, humiliating, and branding women – so that he could profit. To date, Campbell has refused to accept responsibility for any of his actions. The probation department has recommended a sentence of life imprisonment. After giving much thought and consideration to the factors applicable to this case– and having specifically rejected the idea that a below-guidelines sentence would be appropriate here– the government asks the Court to imprison Campbell for the remainder of his natural life.

## I.    BACKGROUND

### A.    Procedural History

In late 2009, two women independently reached out to law enforcement seeking help. They both told similar accounts of horrible abuse being perpetrated by Alex Campbell. On January 13, 2010, Campbell was arrested by federal

authorities, and was ultimately charged with 11 crimes, including extortion, forced labor, sex trafficking, and immigration offenses, involving four victims. At trial, four victims and Campbell's co-defendant testified against him. The jury convicted Campbell on each count.[1]

## B.    The Offense Conduct

By early 2008, Alex Campbell was forty-two years old, and a seasoned pimp. Campbell, who called himself "Cowboy," had a number of American women who worked as prostitutes for him. Campbell required that the prostitutes provide him with all of their earnings, tattoo his horseshoe moniker on their necks, and call him "daddy." When these prostitutes refused to obey Campbell, he beat them. Not surprisingly, some of the American women eventually managed to run away from Campbell. One of them, Danielle John, chose to stay. John became "Princess," and Campbell's right hand. She later became his co-defendant.

By June 2008, Campbell had discovered that seizing immigration documents from immigrant women allowed him more total control than he had exercised over American women. He began to seek out certain types of women, foreign-born women who had no family in this country, few friends, immigration problems, poor language skills, and a healthy fear of law enforcement. Seizing

---

[1]The court granted defendant's motion for acquittal on Count 5.

on the "skills" he had acquired as a pimp – including instituting a disciplined progression of romance, isolation, intimidation, coercion, abuse, and degradation – Campbell lured and ensnared three young immigrant women and forced them to work without pay in semi-legitimate massage parlors he owned or controlled. When a fourth woman tried to escape his grasp, Campbell extorted her with threats of harm and ruination.

### 1.    Victim 5

Campbell found Victim 5 in late June 2008. She was 20 years old, a college student who had traveled from her home country in Ukraine to the United States to be a nanny. Victim 5 answered a Craigslist advertisement seeking a receptionist. Shortly after answering the ad, she met Campbell, who by all appearances ran several legitimate massage parlors. Eighteen months later, Victim 5 was living in one of Campbell's store-front massage parlors when she was rescued by law enforcement. The jury convicted Campbell of forced labor, document servitude, sex trafficking, and alien harboring for what he did to Victim 5.

In June 2008, Campbell hired Victim 5 to perform massages at his parlors, where Campbell said that prostitution was strictly forbidden. In the beginning, Campbell and Princess made sure to hide Campbell's real occupation from Victim 5. At first, Campbell was just her boss. Then her friend, and soon her

lover. Within weeks, Campbell gained her trust, told her he could help her with her immigration issues, and promised that he would take care of her. One night within those first few weeks, Campbell got Victim 5 drunk (she was twenty, he was in his mid-forties) and drove her to have his moniker – a horseshoe and the word "Cowboy" – tattooed on her neck. Campbell then quickly moved her out of her apartment, isolated her from her only friend, changed her name to "Diamond," and instructed her to call him "daddy." Over the next several months, Campbell broke Victim 5 down. He took her money, her passport and visa, her belongings, her phone, and ultimately her freedom. He put her through an "orientation" process, in which he explained that she was becoming part of "The Family," a purportedly world-wide organization run by Campbell. He imposed a litany of rules and decrees, for which Victim 5 was punished if she disobeyed. Oftentimes the punishments were physical beatings, other times she was humiliated, or deprived of things she enjoyed. Campbell informed Victim 5 that she would be killed if she tried to leave the Family.

After it was too late, Victim 5 learned Campbell's real occupation. Between July 2008 and January 2010, Victim 5 was Campbell's human slave. She worked long hours every day, either performing massages or babysitting Campbell's child. Though she fought it as long as she could, after Victim 5 could resist no

longer, Campbell forced her into prostitution for a several month period.[2] Victim 5 was required to give every dollar she earned to Campbell. At one point, Campbell sold Victim 5 to another pimp. While ultimately Victim 5 was returned to Campbell, she was beaten and forced to have sex with that pimp before her return.

During her time under Campbell's rule, Victim 5 was beaten more times than she could count. Campbell's tools included his fists, the back of his hand, a two-by-four board, and a belt. Once, Princess held Victim 5's hands behind her back while Campbell punched her in the nose, hitting Victim 5 so hard that the back of her head struck Princess in the face. When Victim 5 refused to smile for a photograph, Campbell broke several pool cues on her arms and legs in an effort to "break her bones." He also burnt her with cigarettes on her butt and foot when she broke his rules, forced her to eat a $20 bill when she didn't make enough money, deprived her of food for days on end, forced her to live and sleep in a store-front massage parlor (without bathing or cooking facilities), cut off her ties with her family, forced her to strip naked and humiliate herself in front of others, and constantly demeaned her. Without bathing facilities, Victim 5 was forced to wash-up in a sink, using semen-stained towels to dry herself. As

---

[2]Somewhat fortuitously for Victim 5, Campbell was facing pandering and prostitution charges during the time Victim 5 was his captive, so the prostitution was not as extensive as it could have been had Campbell not been under scrutiny.

further subjugation, Campbell required that Victim 5 obtain numerous tattoos on her body (including her back, her wrist, and her chest), showcasing her undying loyalty to Campbell. One of the tattoos, which covered her entire back, contained a cryptic creed declaring life-long loyalty and devotion to Campbell.[3] *See* Exhibit 1. Among many other threats, Campbell told Victim 5 that if she disobeyed him, he would pump her veins full of heroin, cut off her tattoos, and leave her dead body in a crack house.

### 2.    Victim 4

Victim 4 was born in the Ukraine, where she studied for three and a half years at a university and worked in her family's bakery. In May 2007, Victim 4 came to the United States to see a new country and to meet new friends. In October 2008, when Victim 4 met Campbell, she was 21 years old. The jury convicted Campbell of forced labor, document servitude, and alien harboring for what he did to Victim 4.

Campbell recruited Victim 4, through a friend of hers, to work at

---

[3] The tattoo reads:

"Death of rebirth AAC 917. Dedication, determination, mind, body & soul. Love, honor & obey to the root of the beginning cowboy productions. Many seeds of one root, following understanding & accepting the fruitful teaching til death, I live for he, thou he lives in me anywhere I go for he be & forever lives."

These words represent Campbell's creed--his philosophy--that the women in the Family belonged to him, subject to his control, for the rest of their lives. "AAC" are Campbell's initials and "917" represents the month and day of his birth. Three women, including John, received this tattoo.

Campbell's massage parlors. Not long after she started working for Campbell, Victim 4 began a romantic relationship with him. The relationship lasted about a month. During this time period, Campbell renamed Victim 4 "Loni" and began to describe the Family to her. Campbell offered to help Victim 4 acquire status in this country, and in May 2009, with very short notice, Campbell told Victim 4 she was moving from her apartment into a house controlled by Campbell. Two days later, Campbell had Victim 4's neck tattooed with his moniker.

Once isolated and branded, Campbell confiscated Victim 4's belongings and immigration documents. He then began to impose his rules, which included working for him free-of-charge, seven days per week. Campbell monitored and limited Victim 4's phone calls, restricted her access to money, and began to beat her when she disobeyed him. Campbell hit Victim 4 in the face, beat her with a belt, and struck her when she failed to make a daily quota. Campbell also raped Victim 4. Over time, Campbell forced Victim 4 to obtain two additional tattoos, including his creed (which covered her back). Between May and September 2009, Victim 4 worked nearly every day – without pay – for Campbell.

### 3. Victim 1

Victim 1 was born in the Ukraine, where she studied languages and earned a Masters degree. In August 2008, Victim 1 came to the United States to be a nanny. In November 2008, when she met Campbell, she was 24 years old.

Campbell groomed her, tattooed her, beat her, and renamed her "Helena." In August 2009, Victim 1 escaped in the middle of the night and contacted the police. Campbell stands convicted of forced labor and document servitude for his treatment of Victim 1.

In November 2008, Victim 1 was recruited by Campbell, through her friend, to work at one of his massage parlors. At that time, Victim 1 was unemployed, and nearly homeless. Within a week, Victim 1 was romantically involved with Campbell, her boss. Within months, Campbell's charm turned into intimidation. Then came the beatings. Victim 1 was, for example, severely beaten after she went to a local gym without first receiving permission from Campbell. Once, Campbell tied Victim 1's arms and legs to a bed and beat her with a belt. Another time, Campbell badly beat her with his hands and a belt after she told him she was leaving him. The physical abuse was coupled with verbal abuse, isolation, threats (and the rest). Campbell once told Victim 1 that if she left him, he would beat her so badly that he would send her to the airport in a form in which no one would recognize her.

Campbell also confiscated Victim 1's passport and other important personal papers and belongings. He isolated her from her family, friends, and church, and ultimately forced her to get his tattoos emblazoned on her back, neck, and arm. During the summer of 2009, Campbell forced Victim 1 to work

for him, without pay, in his massage parlors.

### 4.    Victim 2

Victim 2 was born in Belarus, where she attended high school before spending two years in college in Eastern Europe. Victim 2 came to the United States in 2007 because she wanted to see the country, improve her English, and gain work experience. In 2008, when Victim 2 met Campbell, she was 20 years old. In September 2008, Campbell told her that he could get her a green card, for a price.

Victim 2 went to work for Campbell and raised the money, but she never got a green card. Campbell then began to impose "fines" on Victim 2 for made-up infractions. Victim 2 tried to leave Campbell's employ, but could not escape his grasp. One day while at work, Campbell got Victim 2 and Victim 5 drunk and forced them to have sex with one another, in the office, while he videotaped them. Campbell told Victim 2 that if she did not pay the thousands of dollars in fines that he demanded (or work for him, free of charge) he would send the sex video to her parents. Victim 2 continued to pay the fines.

After she paid what was supposed to be the final fine, Campbell told Victim 2 that the only way out was "death." Victim 2 twice changed her phone number to try to get away from Campbell, but he continued to find her. One night, Campbell forced Victim 2 to have sex with Campbell and another man as

partial payment for the money she allegedly owed him.

Victim 2 was scared for her life, and feared that she would never be able to escape Campbell. Victim 2 was also afraid of the authorities – she had no immigration status in this country – but, given the options, she mustered the courage and went to the police. Thereafter, she recorded a number of telephone calls in which Campbell threatened her with physical and reputational harm if she didn't give him money, or return to work for him. Campbell also informed Victim 2 that he was willing to give her back her "freedom," for the right price. The jury convicted Campbell of extorting Victim 2.

## II.   GOVERNMENT'S POSITION ON SENTENCING

Criminal sentencing has four purposes – retribution, deterrence, incapacitation, and rehabilitation. *United States v. Milbourn*, 600 F.3d 808, 812 (7th Cir. 2010). Title 18, United States Code, Section 3553(a) sets forth the factors to consider when determining a sentence that is sufficient, but not more than necessary, to comply with these purposes. The Court must first calculate the applicable Guidelines range, which provides a starting point and initial benchmark for sentencing. *Gall v. United States*, 552 U.S. 38, 49-50 (2007); see also 18 U.S.C. § 3553(a)(4). Next, the Court must consider the other § 3553(a) factors. *United States v. Omole*, 523 F.3d 691, 697 (7th Cir. 2008).

## A.    Guidelines Range

The government agrees with the probation department's advisory sentencing guidelines calculation. Campbell's Offense Level is 43, and he is in Criminal History Category II. The sentencing guidelines instruct that the worst-of-the worst offenses contemplated by federal law rank at Offense Level 43. And, as the Court is well aware, each incremental increase in Offense Level corresponds with a proportionate increase in the advisory sentencing guideline range. Here, Campbell's offense is, quite literally, so serious that it is off the chart (he earned 49 points). Not one or two points off the chart, but six. Even if Campbell had no criminal history, the Sentencing Commission recommends a sentence of life imprisonment for his crimes. Campbell's criminality, of course, is compounded because, as explained below, he has a frightening history of violence aimed at women.

## B.    Nature and Circumstances of the Offense

The seriousness of Campbell's crimes cannot be overstated, nor could the Government put into words the magnitude of harm or the life-altering consequences of Campbell's actions. While the guidelines disassemble crimes into discrete parts, § 3553(a) directs the Court to consider the whole offenses. Here, Campbell's offenses have far reaching and long-lasting effects. An evaluation of the seriousness of what Campbell has done must necessarily begin

11

by looking at his victims, whose lives he upended, dreams he shattered, ideals he undermined, and whose faith in humanity he so cruelly crushed.

Even after hearing the testimony from the victims, it is impossible to truly understand how they felt at the time they were being victimized. Absent experiencing it first hand, it is impossible to understand how these young women felt as they were so severely beaten and raped by someone who was at various times their boss, their boyfriend, and their captor. There is no way to recreate for the Court the feelings of uncertainty, fear, and isolation that the victims felt as they had to go to sleep every night (sometimes in a cold store-front massage parlor, on a massage table), and wake up every morning, knowing that they had been forcibly stripped of their ability to make even the most basic decisions in their own lives.

One cannot even imagine the grief and despair that must have overcome Victim 5 as she was forced to grapple with the awful choice of either debasing herself by performing prostitution, or being subjected to further torture and abuse. Language is inadequate to explain the pain and the fear that must have pulsed through Victim 5 as she was being beaten with pool cues by a man who was twice her size, and hell-bent on "breaking her bones." Nor can words express the tragic irony the other women felt as they were forced to watch Victim 5 being so brutally beaten; on the one hand, they must have been so scared for Victim

12

5, but on the other hand relieved that – on that night – the beatings were directed at someone other than them. While these and other memories and feelings are difficult to even describe, these are the realities that Campbell created for four young women.

While we hope that the sharpness of the emotional and psychological harm Campbell has caused may someday fade, he designed his crimes so that his victims would have to relive those awful memories every time they look in the mirror. He inked his abominable markings where they would be seen by all. For the rest of their lives, the victims will strive to cover their necks, their arms, and their backs to avoid having to explain to strangers that they have been marked, and victimized, by a sadist. As they mature and move on with their lives, the victims will have to explain Campbell's markings to new friends, neighbors, potential mates, and their children. In a very real sense, Campbell's desire – forever inked on his victims' skin– that "he lives in [his victims] anywhere [they] go" has been accomplished. In evaluating the seriousness of Campbell's conduct, we ask the Court to consider that Campbell has forever altered the course of these four young women's lives.

Campbell's motive makes his actions far worse. He isolated and hurt these women *because* they were at their weakest moments, and he was strong. They were broke, alone, nearly homeless, in a foreign land, and without immigration

13

status. He was a business owner who offered employment, love, shelter, and hope. In the words of one victim, "I came from a very safe world and I believed that I could trust people. Very naive, I know. A perfect target for Alex though!" Campbell stole the victims' labor so that he would not have to work. He overcame their wills because he enjoyed the power. He branded and degraded them because he believed himself to be a god, and they his servants. That one human being could so cruelly harm another is difficult to comprehend. That Campbell did this for a living is truly monstrous.

### C.     Personal Characteristics

Campbell has a demonstrated, and undeniable, history of violence towards women. He has proven himself to possess a dangerous combination of charisma, anger, manipulative skills, and violent tendencies. Campbell's charisma allows him to fool his victims into thinking he is not dangerous, while the reality is that both his employment and his enjoyment are directly linked to exploiting women. This combination of characteristics – the wolf in sheep's clothing – makes Campbell an extremely dangerous man. He also has an uncanny ability to quickly discover and then exploit a woman's most vulnerable  spot. Whether it be immigration issues, lack of family, trouble with the law, or a desire for children, Campbell quickly determined what each victim needed, and then used that knowledge to his own ends.

14

Campbell is also a recidivist, and one whose crimes have become more calculated and depraved over time. As a young man, Campbell attempted to kill a young woman by shooting her at close range, three times. *See* Exhibit 2, pg. 1-3. In the ensuing stand-off with police, he held the mother of his child hostage at gun point during a birthday party – at which numerous children were present. Exhibit 3, pg. 1. When that case went to trial, Campbell threatened to burn one of the witnesses – and her children – if she testified against him. *Id.* at 2; Exhibit 4, pg. 10. Campbell was ultimately sentenced to 20 years in prison for those offenses. He served ten years, and then went back to victimizing women.

At the sentencing hearing in this case, the Court will hear for the first time from Victim 6, who will explain how Campbell was terrorizing women long before he met the victims in this case.[4] Victim 6 met Campbell a few weeks after her 18th birthday, in approximately March 2004. At the time, Victim 6 was living a troubled life, and was in need of help. While he offered to help, by May 2004, Campbell had delivered a neck tattoo, beatings, and a life working on the streets. Over the next three and a half years, Victim 6 was abused, raped, humiliated,

---

[4]Danielle John testified briefly concerning Victim 6 (Campbell called her "Trinity"). Victim 6's recounting of her experiences with Campbell is corroborated by the similarities with the victims in this case (whom she never met), by police reports, and by other witnesses such as John and Campbell's ex-wife. Campbell's ex-wife also observed Campbell beat women who worked as prostitutes for Campbell. On one occasion, Campbell's ex-wife returned home from work only to discover a naked prostitute laying on the floor, being beaten by Campbell. The government will submit reports of interviews with Victim 6 and Campbell's ex-wife to the court and defense counsel in connection with sentencing.

and exploited by Campbell. Victim 6 managed to run several times, but at times found herself with nowhere to go, and back with Campbell. While Victim 6 is an American-born citizen, her story is tragically similar to the ones the Court has heard. Notably, Victim 6 escaped for good in November 2007 – eight months before Campbell found the first of the victims in this case.

Victim 6 not only suffered herself, but she saw Campbell abuse approximately 20 other women. She also saw first hand how Campbell constantly sought to increase his power and his wealth by recruiting additional victims. On numerous occasions, Victim 6 observed Campbell trolling bus stations and other locales searching out women he could trap. Some of the women Danielle John has already testified about. Others pre-dated John. These women, like the victims in this case, were given "street names," branded with Campbell's moniker, beaten with fists, bats, and belts, and required to follow the rules of the Family. Victim 6's experiences and observations reveal both the scope and the duration of Campbell's operation, and confirm that Campbell knows no other way to live than off the backs of exploited women.

Indeed, Campbell once told Victim 6 that he would "never work a regular job." The fact that he subjugated women for a living during an unbroken period from at least early 2004 to January 2010 proves that he meant it. If released, there is no doubt that Campbell would continue down this unbroken path of

16

destruction. What is more, Campbell has proven himself incapable of having *any* relationship with a woman that does not involve violence. According to Campbell's ex-wife, Campbell beat her on many occasions during their marriage (which ended in 2008), once beating her so severely that she had to jump from a third-story balcony to escape.

One remarkable, and frightening, aspect of Campbell's character is that he did not stumble into this type of depravity. He attained this level of cruelty and "success" in his trade because he studied and he did his homework. Campbell was arrested in early 2008 in possession of two books that are, for all intents and purposes, instruction manuals for pimping. One book, "The Pimp's Bible (the Sweet Science of Sin)," which has a stated purpose of "serv[ing] as a guideline of the true facts and facets of the pimp and prostitute lifestyle," devotes a chapter to "the Blackmail Pimp" containing the following instructions:

> The Blackmailing Pimp ... [will] discover something on a woman that he knows she cannot afford to have exposed and threaten her with it unless she does whatever he demands. For instance, he may get her drunk ... and then he calls a bunch of sex starved bums and let them have sex with her while he snaps pictures of her in different engaging sex positions. When she returns to sobriety, he shows her the photos and tells her that she asked for it. He then threatens to expose her to her ... family ... unless she does what he wants her to do. He wants her to become a prostitute and there is no telling how long she will have to submit to his demands as long as he has the photos; which he will never release.

Campbell was a good student, and followed this instruction to near

17

perfection with Victim 2. Victim 2 was only able to escape this well-laid trap with the assistance of law enforcement. From what the Court has seen in this case, Campbell could write his own chapter on how to psychologically and physically break women. Campbell's cold calculation and dedication to his craft are highly aggravating characteristics, and demonstrate that he has both the knowledge and the will to continue to inflict harm.

Yet another highly terrifying aspect of Campbell's character lies in his oft-stated view that he is a "god" who controls and "owns" women. As reflected on the recording made by Victim 2, Campbell believes he controls the "freedom" of other human beings. His view that he is to be worshiped is reflected not only by his words (for example, Victim 1 was required to bow to his feet and call him her "god"), but also his actions. While never working a day on his own, Campbell strove to control every aspect of his victims' lives, and confiscated every penny they earned. Campbell's controlling and egomaniacal traits reflect yet another extremely dangerous component of Campbell's history and characteristics.

It is sometimes said that a society should be judged by how it treats its most vulnerable citizens. Campbell's character can be summed up by the fact that he *sought out* society's most vulnerable members to victimize.

### D.    Need to Promote Respect for the Law

Campbell's victims were visitors to our country, young women in their

18

early-twenties from Eastern Europe. They left their homes and their families and came to America to explore our culture, to seek education, and to try to catch a glimpse of the American dream. They didn't travel to Cambodia, India, Sierra Leone, or other parts of the world that are struggling to move beyond customs and institutions that degrade and de-humanize women. They came to America. Of all places in the world, Chicago should have been a place where they were safe from oppression. Safe from bondage, torture, rape, and degradation. But, they weren't safe. Evil exists in America too.

This country is, however, different from many of those struggling nations in at least one important respect. Ours is a country of laws. A country in which those who think they can put their own sadistic interests above the law will be punished. The sentence in this case will affirm the rule of law, and send a message that the United States of America does not tolerate the subjugation of human beings.

### E.    Need to Afford Adequate General Deterrence

It would be easy for the Court to look at what Campbell did to these young women, and think (or hope), that his conduct was aberrant. Sadly, that is not the case. While Campbell was certainly the "monster" that one of his victims labeled him, his underlying tactics were not unique. The terribly frightening reality is that Campbell followed an instruction manual that taught him how to gain

control over, and then profit from, the bondage of human flesh. The methodology and mind set employed by Campbell is routinely followed, and a sampling of the reported cases make plain the breadth of the problem:

- In *United States v. Valdma*, an Estonian man living in Massachusetts recruited young Estonian women on the false pretense of legitimate employment. On arrival, the women were forced to work in erotic massage parlors and threatened by the defendant, who told them he had connections to the "Russian Mafia" and would harm their families if they disobeyed him. *See* http://2001-2009.state.gov/m/ds/rls/38767.htm.

- In *People v. Silvia Gonzalez*, a victim was living illegally in the United States when the defendant told her she could help with her immigration status. The victim, who spoke no English, gave defendant all of her identifying documents. Defendant then put victim under surveillance and blackmailed her into prostitution. *See* 927 N.Y.S.2d 567 (N.Y. 2011).

- In *United States v. Pipkins*, defendants controlled women "through endless promises and mentally sapping wordplay, physical violence, and financial control." Victims "endured beatings with belts, baseball bats, or 'pimp sticks' (two coat hangers wrapped together)," and were kicked, punched, and forced to lay naked on the floor and have sex with other victims. *See* 378 F.3d 1281 (11th Cir. 2004).

- In *United States v. Epps*, defendant tattooed his street name on the victim's arm. http://www.wired.com/threatlevel/2010/11/epps/

- In *United States v. Stokes*, the defendants were charged with exploiting a mentally-ill child, fraudulently promising her a great life and then forcing her to engage in prostitution and endure severe physical and sexual abuse. The victim was "beat[en], whipped, flogged, suffocated, choked, electrocuted, caned, skewered, drowned, mutilated, hung, and caged." Defendants also tattooed the victim to "mark her as [their] property" with a bar code and an "S" for "slave." 2011 WL 1585601 (W.D. Mo. Apr. 25, 2011).

- In *United States v. Kang*, the defendants smuggled women from South Korea to the United States, seized their passports, and forced them to live under supervision. When one victim refused to engage in prostitution, she was beaten, verbally threatened, and then locked in a basement for two days. *Government's Sentencing Submission,* 2006 WL 208882 (E.D.N.Y. Jan. 25, 2006) (No. 04 CR 87), 2006 WL 5326981.

- In *United States v. Morsette*, defendant forced a minor to engage in prostitution through threats, beatings, and forcible rape. The defendant took nude pictures of the victim and threatened to send them to her father if she did not engage in prostitution for his financial benefit. *See* 2012 WL 1999637 (D.N.D. June 4, 2012).

- In *United States v. Dos Santos*, the defendants brought young Brazilian women to the United States under false pretenses of legitimate paying jobs as maids, waitresses, or workers in a store or beauty salon. The women were then coerced into take semi-nude photographs, which the defendants threatened to show their families if they did not engage in prostitution. *Indictment, United States v. Dos Santos*, 2006 WL 2092388 (N.D.G.A. July 25, 2006) (No. 1:05-CR-613-TWT), 2005 WL 5719902.

- In *United States v. Adler*, Korean women were held in an extensive network of brothels (most of which purported to be legal businesses, like massage parlors, health spas, and acupuncture clinics) and threatened with deportation or harm to their families back home. The defendants retained control over the victims' identification documents. http://www.justice.gov/usao/nye/pr/2006/2006Aug16.html

- In *United States v. Jimenez-Calderon*, defendants targeted young women, gave them gifts, and pretended to be in love with them, while promising marriage and a better life. Defendants then raped, beat, and confined the women; ultimately forcing them into prostitution. *See* 183 F. App'x 274 (3d Cir. 2006).

- In *United States v. Mammedov*, foreign born victims were

"subjected…to severe physical abuse, including slapping, punching, kicking, cutting and burning…" Defendants seized their identification documents and forced them to work 12-hour days, seven days per week. Defendants also threatened victims and their families, and refused to let the victims communicate with their families. *See* 304 F. App'x 922 (2d Cir. 2007).

- In *United States v. Chang Da Liu*, defendants placed ads for hotel waitresses, nightclub performers, and service workers with a Chinese recruiting company. The recruiting materials stated that sexual activities were prohibited. Upon their arrival, workers were forced to work as prostitutes. *See* 538 F.3d 1078 (9th Cir. 2008).

- In *United States v. Salazar*, defendants controlled the victims with "deception, beatings, threats of harm, psychological coercion, and close supervision and rules." On one occasion, a defendant beat a victim "with a wooden stick and a wire cable, demanding that she kneel and ask for forgiveness for defying his authority." *See* Appellate Brief for the Government, 287 F. App'x 330 (5th Cir. 2008).

- In *United States v. Carreto*, defendants "purposefully seduced . . . poor and uneducated" Mexican women, and then forced them into prostitution through "violence, manipulation, and threats of physical restriction." *See* 583 F.3d 152 (2d Cir. 2009).

- In *United States v. Fu Sheng Kuo*, defendants recruited foreign-born women to be cashiers in a grocery store. Defendants then confiscated their passports and controlled them with threats of violence, food deprivation, and claims that they "knew people" who "would hurt" the victims' families. Appellant's Opening Brief, *United States v. Kuo*, 620 F.3d 1158 (9th Cir. 2010).

- In *United States v. Cha*, 597 F.3d 995 (9th Cir. 2010), the defendant held victims' passports and refused to feed them if they would not have sex with a customer. *See* http://www.kuam.com/story/17206543/2012/ 03/21/judge-denies-new-trial-request-in-sex-trafficking-case.

- In *United States v. Starrett*, the victims were regularly beaten, threatened, and subjected to "training," which included various types of beatings, rapes, and forced prostitution. 55 F.3d 1525 (11th Cir. 1995).

- In *United States v. Mustafa*, the defendants recruited women online then physically assaulted, constrained, and forced them into prostitution. Defendants took identification, phones, and wallets of the victims to trap them.
  *See* http://www.fbi.gov/atlanta/press-releases/2012/jury-convicts -man-who-operated-a-sex-trafficking-ring

To be sure, human trafficking is not new. President Theodore Roosevelt commented on human trafficking in discussing his observations as the New York City Police Commissioner in the early 1900s:

> [T]he Federal Government must in ever-increasing measure proceed against the degraded promoters of this commercialism ... As regards the white slave trade, the men engaged in it ... are far worse criminals than the ordinary murderers can be.... The men who profit and make their living by the depravity and the awful misery of other human beings stand far below any ordinary criminals, and no measures taken against them can be too severe.

*Autobiography of Theodore Roosevelt, pgs. 201-202.* Despite this view, over a century later, the problem persists. In this very building, only a few months ago, Judge Kocoras shared his impassioned feelings on human trafficking when speaking to a defendant:

> There is not anything glamorous about it, to subjugate someone to your own will and power. And to prey on them is awful. You enslaved them psychologically. What did you do? You took them in. You fed them. You clothed them. And, then, you took all of their money. How is that any different from what we fought a war over to prevent that? Did you

manacle them? No. But you used every device at your opportunity to subjugate them to your power, your will and to bring you treasure. That is what you did. And that is why I have the god-awful obligation to put you in jail for a long, long time. That is why. Because we have to put an end to this kind of conduct. Maybe it will not end it, but it will maybe be a major, major step toward ending it because we cannot tolerate that.... And that is why the statute is so severe -- so severe -- because the harm is so severe.

*See Exhibit 5, U.S. v. Sawyer Sentencing Hearing Tr.* at p. 110.

As Judge Kocoras observed, instead of being abhorred as a vile institution, trafficking – "pimping" in the parlance of the times – is glorified in certain aspects of popular culture. In *Sawyer*, the defendant attempted to justify his abuse and exploitation of teenage girls by pointing to the music, media, and culture that promoted the lifestyle of a pimp. In this case, Campbell instructed his victims to watch a Hollywood movie called "Hustle and Flow," which glorified the pimp culture. He also possessed the "Pimp's Bible" (discussed above) and an autobiography, called *Pimp*, of a Chicago pimp named Iceberg Slim.[5] In this nonfiction account, Iceberg Slim describes how a pimp must psychologically break, physically beat, and otherwise control his "bitches." Other modern artists and musicians glorify the pimp culture, and spread the message that the life of a pimp is not only acceptable, but laudable. It is not. The law permits, and in fact requires, that the Court send a message with the sentence it imposes. This is a

---

[5]Online resources indicate that over 2 million copies of "Pimp" have been sold. The website Amazon.com describes Iceberg Slim's book as "A blueprint. A bible. What Sun Tzu's Art of War was to ancient China, *Pimp* is to the streets."

24

case in which the Court's message can resonate: If you treat human beings as property, to be branded, beaten, raped, and sold like chattel, the law will punish you to the greatest extent possible. "Pimping" is not a pastime to be praised or glorified. It is a disgusting and immoral act that destroys lives and tears apart the fabric that binds people together in our modern society.

While trafficking of humans is not new, it is a problem that is newly being addressed by federal law enforcement, prosecutors, and judges. With the passage of the Trafficking Victims Protection Act in 2000, Congress has given the Department of Justice – and the courts – the tools necessary to fight back against the traffickers. And fight we must.

There is only one recent example of a large-scale federal trafficking case in Chicago – *Sawyer*, which involved trafficking of minors. The likely reason for the paucity of reported cases is that these crimes are difficult to detect, and even harder to prosecute. These crimes are committed in the dark corners of society, against victims who often times fear law enforcement, or victims that might be seen – by someone unfamiliar with trafficking – as less than credible. As such, it is imperative that the fight to end trafficking also be waged on the front-end, by deterring the conduct before it begins. This case presents a unique opportunity for the Court to educate the community about this type of crime, and to make a sizeable contribution to the effort to end it. Specifically, the sentence

25

in this case can build on the message sent by Judge Kocoras, by putting would-be traffickers on notice that the law severely punishes those who traffic adults, as well as children.

One noted author has observed that "one reason why trafficking has been ignored is that the victims are voiceless."[6] This Court has heard from the victims. We ask that the Court's sentence amplify those voices and send a message that resounds in the darkest depths of massage parlors, brothels, and hotel rooms across the country.

### E.    Protect the Public from Further Crimes of Alex Campbell

Alex Campbell is incorrigible. After being sentenced to twenty years in prison, he returned to a life of depraved criminality. After being arrested for running a house of prostitution, Campbell merely changed the method and manner in which he sold his "bitches." He opened and operated a "clean spa" to create legitimate cover, all the while beating, branding, and coercing women to work at his behest. Campbell has proven time and again that he charismatic enough and resilient enough to respond to adversity, including law enforcement intervention, by shifting and adapting his criminal enterprise. Campbell's past history is the Court's best guide to predicting his future actions. His track record includes shooting a woman, holding a woman hostage at gun point, threatening

---

[6] Nicholas Kristof, New York Times author.

26

to burn a witness against him (and her children), seeking out vulnerable women like Victim 6 (and many others) and forcibly requiring them to prostitute for him, and severely beating a domestic partner. To be clear, all of that happened before the horrendous conduct in this case.

Campbell is not an opportunist, and his were not crimes of opportunity. Campbell did not happen upon women who were vulnerable. He searched them out, because they were vulnerable. He did not accidently become a skilled manipulator, he studied up and perfected his craft. His use of violence was not fleeting or isolated, it is his nature. Campbell is by definition a predator, and as such he represents a perpetual danger to our community.

Also telling is Campbell's steadfast refusal to accept responsibility for what he has done. As the Court has heard throughout these proceedings, Campbell continues to try to absolve himself of his indefensible conduct by blaming the victims, the investigators, and even the Court. His lack of remorse, and his inability to admit to himself that he has done something terribly wrong is a strong indicator that if released, he would continue to pose a real and significant threat to society. Although it is Campbell's right to continue to deny culpability, his denials underscore his complete lack of remorse for his criminal conduct and heighten the probability that he would engage in similar conduct upon release. The only way to protect society from future crimes of Alex

27

Campbell, is to remove him from that society.

## F.  Avoid Unwarranted Disparities

Campbell has earned each and every criminal history point and guideline enhancement applied by the Probation Department. By shooting an innocent woman and holding another hostage at gunpoint, he earned 3 criminal history points. By terrorizing the victims in this case, he earned each guideline enhancement. By living a life of violence and exploitation, he acquired a track record of personal characteristics that all but guarantee that he will continue to pose a serious risk to others. The recommended sentence is based on defendant's own conduct, is appropriately severe, and would not create a disparity with other human trafficking defendants' sentences. *See, e.g., United States v. Cephus*, 684 F.3d 703, 709 (7th Cir. 2012) (life); *United States v. Winters*, 2012 WL 1189471 (E.D. Cal. Apr. 9, 2012) (life); *United States v. O'Connor*, 650 F.3d 839 (2d Cir. 2011) (life); *United States v. Curtis*, 481 F.3d 836 (D.C. Cir. 2007) (life); *United States v. Sawyer,* 10 CR 744 (N. D. Ill. 2012) (fifty years); *United States v. Carreto*, 583 F.3d 152 (2d Cir. 2009) (fifty years); *United States v. Madkins*, 390 Fed. App'x 849 (11th Cir. 2010) (fifty years); *United States v. Mendez*, 362 Fed. App'x 484 (6th Cir. 2010)(fifty years); *United States v. Pipkins*, 378 F.3d 1281 (11th Cir. 2004) (forty years).

## G.  Restitution

28

Campbell's forced-labor victims are owed restitution for the "full amount of [their] losses." 18 U.S.C. 1593(a). This includes the wages that Campbell should have paid the victims for working as massage therapists in his spas. The Department of Labor calculated the amount of back-pay for each forced labor victim. *See* Exhibit 6. Based on these calculations, Campbell should be ordered to pay $11,625 to Victim 4, $66,219.14 to Victim 5, and $6,105 to Victim 1. In addition, Campbell should be ordered to pay restitution to Victim 2 for the $40,500 that he extorted from her.

## III. CONCLUSION

For the foregoing reasons, the United States respectfully requests this Court sentence Campbell to life imprisonment.

Respectfully submitted,
GARY SHAPIRO
Acting United States Attorney

By: *s/ Steven Grimes*
DIANE MACARTHUR
STEVEN GRIMES
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-3500

JOHN COTTON RICHMOND
Department of Justice
Civil Rights Division