# EXHIBIT 1



Tattoo text: DEATH OF REBIRTH A.C.T.W. DEDICATION, DETERMINATION, MIND, BODY, & SOUL, LOVE, HONOR & OBEY TO THE ROOT OF THE BEGINING OF THE COWBOY PROD. MANY SEEDS OF ONE ROOT, FOLLOWING, UNDERSTANDING & ACCEPTING THE FRUITFUL TEACHING TIL DEATH, I LIVE FOR HE, THOU HE LIVES IN ME ANYWHERE I GO, FOR HE BE FOREVER LIVES.

GOVERNMENT EXHIBIT