# EXHIBIT 6

**WAGE TRANSCRIPTION and COMPUTATION SHEET**

**Wage and Hour Division
U.S. Department of Labor**

Employer: Alex Campbell

Employee: Olga ▮Person 5▮

Period Employed: 06/15/2008 - 01/15/2010

| Weeks Ending | | S | M | T | W | T | F | S | Total Hours | Rate Due | Wages Paid | Amount Due Worker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/2008 | | | | | | | | | | | | |
| through | 26 weeks | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $7.75 | $0.00 | |
| 12/15/2008 | | 70 total hours x $7.75 = | | | | $542.50 | | | | | | |
| | | 30 overtime hours x 1/2 ($7.75) = $116.25 | | | | | | | | | | |
| | | | | | | | | | $658.75 | x 26 weeks = | | $17,127.50 |
| 12/16/2008 | | | | | | | | | | | | |
| through | 28 weeks | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 91 | $7.75 | $0.00 | |
| 06/30/2009 | | 91 total hours x $7.75 = | | | | $705.25 | | | | | | |
| | | 41 overtime hours x 1/2 ($7.75) = $158.88 | | | | | | | | | | |
| | | | | | | | | | $864.13 | x 28 weeks = | | $24,195.64 |
| 07/01/2009 | | | | | | | | | | | | |
| through | 28 weeks | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 91 | $8.00 | $0.00 | |
| 01/15/2010 | | 91 total hours x $8.00 = | | | | $728.00 | | | | | | |
| | | 41 overtime hours x 1/2 ($8.00) = $164.00 | | | | | | | | | | |
| | | | | | | | | | $892.00 | x 28 weeks = | | $24,976.00 |
| | | | | | | | | | | | TOTAL | $66,299.14 |

by: Philip Hanrahan, Asst. District Director
US Department of Labor, Chicago District Office

**Method of Computation**     Person 5

A. Rate Due;   The Federal minimum wage for the period is $7.25 per hour under the Fair Labor Stanfards Act. Per 29 CFR 778.5 in overtime weeks, which in this case was every week, the lawful regular rate is the State of Illinois minimum wage in effect at the time the work was performed as shown under 'Rate Due'

B. Credit For Reasonable Cost or Fair Value of Food, Lodging, and Other Facilities furnished to the employee;
   No credit applied;credit may be taken only when the employee's acceptance is voluntary and uncoerced.  See 29 CFR 552.100 (b)

C. Hours:   There is no record of employee hours. Per employee statement; worked 10 hours per day, 7 days per week from 06-15-2008 to 12-15-08, then 13 hours per day 7 days per week until 1-15-10.

D. Overtime:   Additional half time on the lawful regular rate is due for hours over 40 in a week.

E. Wages Paid to Employee:   There is no evidence or record of any wages paid to the employee for the period computed on.

WAGE_001-000002

**WAGE TRANSCRIPTION**  
**and COMPUTATION SHEET**

**Wage and Hour Division**  
**U.S. Department of Labor**

**Employer:** Alex Campbell

**Employee:** Olena ▮Person 1▮

**Period Employed:** 06/15/2009 - 08/20/2009

| Workweek Ending | S | M | T | W | T | F | S | Total Hours | Rate Due | Wages Paid | Amount Due Worker | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/2009 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 105 | $7.75 | $0.00 | REG | $465.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $77.50 |
| 06/29/2009 | 15 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $7.75 | $0.00 | REG | $542.50 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $116.25 |
| 07/06/2009 | 10 | 10 | 10 | 10 | 10 | 10 |  | 60 | $8.00 | $0.00 | REG | $465.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $77.50 |
| 07/13/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $542.50 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $116.25 |
| 07/20/2009 | 10 | 10 | 10 | 10 | 10 | 10 |  | 60 | $8.00 | $0.00 | REG | $465.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $77.50 |
| 07/27/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $120.00 |
| 08/03/2009 | 10 | 10 | 10 | 10 | 10 | 10 |  | 60 | $8.00 | $0.00 | REG | $480.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $80.00 |
| 08/10/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $120.00 |
| 08/17/2009 | 10 | 10 | 10 | 10 | 10 | 10 |  | 60 | $8.00 | $0.00 | REG | $480.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $80.00 |
| 08/24/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
|  |  |  |  |  |  |  |  |  |  |  | OT | $120.00 |

AMOUNT DUE WORKER:  
60 hour week: 60 total hours x $8.00 = $480.00  
                20 overtime hours x 1/2 ($8.00) = $80.00  
70 hour week: 70 total hours x $8.00 = $560.00  
                30 overtime hours x 1/2 ($8.00) = $120.00

**TOTAL**

by: Philip Hanrahan, Asst. District Director  
US Department of Labor, Chicago District Office

**Method of Computation**     Person1

A. Rate Due: The Federal minimum wage for the period is $7.25 per hour under the Fair Labor Stanfards Act. Per 29 CFR 778.5 in overtime weeks, which in this case was every week, the lawful regular rate is the State of Illinois minimum wage in effect at the time the work was performed as shown under 'Rate Due'

B. Credit For Reasonable Cost or Fair Value of Food, Lodging, and Other Facilities furnished to the employee;
No credit applied; credit may be taken only when the employee's acceptance is voluntary and uncoerced. See 29 CFR 552.100 (b)

C. Hours: There is no record of employee hours. Per employee statement; worked 15 hours per day, 7 days per week.

D. Overtime: Additional half time on the lawful regular rate is due for hours over 40 in a week.

E. Wages Paid to Employee: There is no evidence or record of any wages paid to the employee for the period computed on.

**WAGE TRANSCRIPTION and COMPUTATION SHEET**

Wage and Hour Division
U.S. Department of Labor

Employer: Alex Campbell

Employee: Olena Person 4

Period Employed: 05/27/2009 - 10/06/2009

| Workweek Ending | S | M | T | W | T | F | S | Total Hours | Rate Due | Wages Paid | Amount Due Worker | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $7.75 | $0.00 | REG | $465.00 |
| | | | | | | | | | | | OT | $77.50 |
| 06/10/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $7.75 | $0.00 | REG | $542.50 |
| | | | | | | | | | | | OT | $116.25 |
| 06/17/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $7.75 | $0.00 | REG | $465.00 |
| | | | | | | | | | | | OT | $77.50 |
| 06/24/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $7.75 | $0.00 | REG | $542.50 |
| | | | | | | | | | | | OT | $116.25 |
| 07/01/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $7.75 | $0.00 | REG | $465.00 |
| | | | | | | | | | | | OT | $77.50 |
| 07/08/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 07/15/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 07/22/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 07/29/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 08/05/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 08/12/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 08/19/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 08/26/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 09/02/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 09/09/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 09/16/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 09/23/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |
| 09/30/2009 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | $8.00 | $0.00 | REG | $560.00 |
| | | | | | | | | | | | OT | $120.00 |
| 10/06/2009 | 10 | 10 | 10 | 10 | 10 | 10 | | 60 | $8.00 | $0.00 | REG | $480.00 |
| | | | | | | | | | | | OT | $80.00 |

AMOUNT DUE WORKER:
60 hour week: 60 total hours x $8.00 = $480.00
20 overtime hours x 1/2 ($8.00) = $80.00
70 hour week: 70 total hours x $8.00 = $560.00
30 overtime hours x 1/2 ($8.00) = $120.00

TOTAL    $11,625.00

by:  Philip Hanrahan, Asst. District Director
US Department of Labor, Chicago District Office

WAGE_001-000005

**Method of Computation**     Person 4

A. Rate Due:   The Federal minimum wage for the period is $7.25 per hour under the Fair Labor Stanfards Act.
Per 29 CFR 778.5 in overtime weeks, which in this case was every week, the lawful regular rate
is the State of Illinois minimum wage in effect at the time the work was performed
as shown under 'Rate Due'

B. Credit For Reasonable Cost or Fair Value of Food, Lodging, and
Other Facilities furnished to the employee;
   No credit applied;credit may be taken only when the employee's acceptance
   is voluntary and uncoerced. See 29 CFR 552.100 (b)

C. Hours:    There is no record of employee hours. Per employee statement;
worked 10 hours per day, 6 or 7 days per week.

D. Overtime:   Additional half time on the lawful regular rate is due for hours over 40 in a week.

E. Wages Paid to
Employee:   There is no evidence or record of any wages paid to the employee for the period computed on.